

1  HARVEY SISKIND LLP
   D. PETER HARVEY (State Bar No. 55712)
2  RAFFI V. ZEROUNIAN  (State Bar No. 236388)
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
   Telephone:    415.354.0100
4  Facsimile:    415.391.7124
   pharvey@harveysiskind.com
5  rzerounian@harveysiskind.com

6  DAY PITNEY LLP
7  STEPHEN W. FEINGOLD (*pro hac vice* pending)
   MARK S. MORGAN (*pro hac vice* pending)
8  7 Times Square
   New York, New York 10036-7311
9  Telephone:    212.297.5800
   Facsimile:    212.916.2940
10 sfeingold@daypitney.com
   mmorgan@daypitney.com

11
   Attorneys for Plaintiffs,
12 300 Spear Realty Venture L.L.C. and
   Tishman Speyer Properties, LP
13

14
                 UNITED STATES DISTRICT COURT
15
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
16
                 SAN FRANCISCO DIVISION
17
                 CV  07        6164 MHP
18
   300 SPEAR REALTY VENTURE, L.L.C. and    ) Case No.
19 TISHMAN SPEYER PROPERTIES, LP,          )
                                           ) **COMPLAINT FOR COPYRIGHT**
20          Plaintiffs,                     ) **INFRINGEMENT; FEDERAL**
                                           ) **TRADEMARK INFRINGEMENT;**
21       vs.                                ) **TRADEMARK INFRINGEMENT**
                                           ) **(CALIFORNIA); UNFAIR COMPETITION**
22                                          ) **(B & P § 17200); COMMON LAW UNFAIR**
   NUVOLAND PHILIPPINES, INC. and SILVER   ) **COMPETITION; CALIFORNIA**
23 ICON, INC.,                             ) **TRADEMARK DILUTION**
                                           )
24          Defendants.                     ) **JURY TRIAL DEMANDED**
                                           )
25 _____)

26

27

28

Complaint for Damages and Injunctive Relief

71425078.1

1    Plaintiffs 300 Spear Realty Venture, L.L.C. and Tishman Speyer Properties LP ("Plaintiffs"),

2  by their attorneys, allege as follows:

3                                    **SUMMARY OF ACTION**

4    1.    Plaintiffs are responsible for the development of the 650-unit THE INFINITY

5  condominium project consisting of two separate towers, one 41 story tower and one 36 story tower, in

6  San Francisco, California.  When finished, THE INFINITY will be among the tallest residential

7  buildings in San Francisco.  It has already been recognized as a new landmark in the Rincon Hill

8  section of the City.  The development has been closely watched and has been widely acclaimed for its

9  modern design consisting of transparent exteriors and avoiding the boxy image often associated with

10  high rise buildings.

11    2.    On June 1, 2006, the same date that Plaintiffs opened a sales office for THE INFINITY,

12  Plaintiffs commenced use of a copyrighted marketing brochure for THE INFINITY Condominium

13  project.  Additionally, Plaintiffs launched a web site, the contents of which are also copyrightable at

14  www.the-infinity.com (the "Web Site").  The copyrighted material includes the following original logo

15  design hereinafter referenced as the "Logo Design" or "Logo Mark":

16

17

18                            

19

20

21    3.    The Logo Design together with the words THE INFINITY (hereinafter referred to

22  collectively as "THE INFINITY Logo Trademark") is registered as a trademark with the State of

23  California Secretary of State for the management of residential condominiums, marketing and sale of

24  residential real estate and high quality premium residential real estate.  In addition, Plaintiffs own

25  common law trademark rights in the word mark, THE INFINITY.

26    4.    Since 2006, THE INFINITY has been the subject of significant publicity and notoriety,

27  especially with two distinct groups of individuals:  residents of the Greater Bay Area and real estate

28

1  developers on an international scale including the Philippines.   Occupancy for the first tower is

2  scheduled for early 2008.

3      5.    On information and belief, in December of 2006, Defendants began infringing

4  Plaintiffs' copyright and trademark by promoting a residential condominium development in the

5  Philippines as THE INFINITY and by copying Plaintiffs' copyrighted Logo Design.  On information

6  and belief, the logo used by Defendants in December of 2006 appears as shown below:



13      6.    Notwithstanding that the Philippines is located more than 5,000 miles away San

14  Francisco, Defendants' use was calculated to benefit its sales efforts by creating the impression of

15  association or connection between its project and Plaintiffs' THE INFINITY project in San Francisco.

16  As set out more fully below, the overseas Filipino market (and particularly the San Francisco Bay

17  Area) is a major source of buyers for luxury real estate properties in the Philippines.

18      7.    On information and belief, Defendants adopted THE INFINITY as the designation for

19  its condominium development, together with a logo design substantially similar in appearance to

20  Plaintiffs' Logo Design in order to give the development in the Philippines the cache of Plaintiffs'

21  THE INFINITY development in San Francisco.  On information and belief, Defendants were and are

22  aware of the favorable reputation obtained by Plaintiffs in connection with their use and promotion of

23  THE INFINITY Mark and THE INFINITY Logo Trademark, and have adopted virtually the identical

24  name and logo to Plaintiffs' THE INFINITY mark and THE INFINITY Logo Trademark (hereinafter

25  "Infringing Logo" or "Infringing Design").  Defendants are therefore infringing Plaintiffs trademarks

26  and copyright.

27      8.    By way of this Complaint and as more fully set out below, Plaintiffs seek redress for

28  these flagrant infringements of their copyright and trademarks under both state and federal law.

1    Plaintiffs seek injunctive relief and damages for injuries that have been, and will continue to be, caused

2    by Defendants' use of a design substantially similar to the copyrighted Logo Design in violation of 17

3    U.S.C. §106 and Defendants' use of THE INFINITY mark and THE INFINITY Logo Trademark in

4    violation of the Lanham Act (15 U.S.C. §§ 1051-1127 *et seq.*), Federal false designation of origin law

5    (15 U.S.C. § 1125(a)), California statutory trademark infringement law (Cal. Bus. and Prof. Code

6    § 14335), California statutory unfair competition law (Cal. Bus. and Prof. Code § 17200), and the

7    common law doctrines of passing off and unfair competition.    Additionally, this use constitutes a

8    violation of California's Anti-Dilution Statute, as amended (Cal. Bus. and Prof. Code § 14330).

9    **I.    JURISDICTION AND VENUE**

10           9.    This is a civil action seeking damages and injunctive relief for copyright infringement

11   under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*), trademark infringement under

12   the trademark laws of the United States (15 U.S.C. § 1125), trademark infringement and dilution under

13   the laws of the State of California, and unfair competition.  This Court has jurisdiction under 28 U.S.C.

14   § 1331 (federal question) and 28 U.S.C. § 1332 (diversity) in that the Plaintiffs are citizens of the

15   United States and the Defendants are foreign corporations.   The amount in controversy exceeds

16   $75,000 exclusive of interest and costs.

17           10.    This Court has jurisdiction over the Defendants because, on information and belief,

18   Defendants have purposely directed advertisements and other materials to residents of the United

19   States and, in particular, to residents of San Francisco, California.   On information and belief,

20   approximately 30% of the visitors to Defendants' web site on which the copyright and trademark

21   infringement occurs are residents of the United States.  On information and belief, Defendants have

22   participated in events in the United States and the San Francisco Bay Area to create interest about

23   buying real estate in the Philippines among Filipinos living in the United States.

24           11.    Venue is appropriate in this District under 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. §

25   1400, because a substantial part of the events, omissions, and injuries giving rise to Plaintiffs' claims

26   occurred in this District.

27

28

1  **II.    INTRADISTRICT ASSIGNMENT**

2        12.    Pursuant to Civil Local Rules 3-2(c) and 3-2(d) of this Court, this action should be

3  assigned to the San Francisco Division of this Court.  Plaintiffs are informed and believe that a

4  substantial part of the events, omissions, and injuries giving rise to Plaintiffs' claims occurred in said

5  county.

6  **III.    THE PARTIES**

7        13.    Plaintiff, 300 Spear Realty Venture, L.L.C. ("300 Spear"), is a Delaware Limited

8  Liability Company, having its principal place of business at 45 Rockefeller Plaza, New York, New

9  York 10111.

10       14.    Plaintiff, Tishman Speyer Properties, L.P. ("Tishman Speyer") is a New York limited

11  partnership, having its principal place of business at 45 Rockefeller Plaza, New York, New York

12  10111.  Tishman Speyer is the development manager and leasing agent for the THE INFINITY

13  project.

14       15.    On information and belief Defendant, Nuvoland Philippines, Inc. ("Nuvoland') is a

15  Filipino corporation, having its principal place of business at 4th Avenue Co. Rizal Drive, Bonifacio

16  Global City Taguig, Metro Manila, 1634 Philippines.  Nuvoland owns The Infinity residential

17  condominium project located in Fort Bonifacio, Manila, Philippines.

18       16.    On information and belief, Defendant Silver Icon, Inc. ("Silver Icon") is a Filipino

19  corporation, having its principal place of business at 4th Avenue Co. Rizal Drive, Bonifacio Global

20  City Taguig, Metro Manila, 1634 Philippines.  Silver Icon is the real estate and sales marketing arm of

21  The Infinity condominium project located in Fort Bonifacio, Manila, Philippines**.**

22  **IV.    THE INFINITY REAL ESTATE PROJECT IN SAN FRANCISCO**

23       17.    THE INFINITY is located on Folsom Street between Spear and Main Streets.  The

24  project was first conceived in the early part of this decade.   Articles about the project first appeared in

25  both the general and real estate industry press beginning in 2005.

26                          **Plaintiffs' Copyrighted Logo Design**

27       18.    Plaintiffs adopted THE INFINITY Mark and THE INFINITY Logo Design for the

28  project in early 2006.  THE INFINITY Logo Design was specially created for THE INFINITY.  While

1  THE INFINITY Logo Design resembles the symbol used in science and math for the concept of

2  infinity (i.e. ∞), it is a unique expression of that symbol requiring significant creativity and effort.

3  Attached hereto as Exhibit A are print outs of 50 depictions of the infinity symbol generated by a

4  search for "infinity symbol images" on Google, none of which resembles Plaintiffs' original Logo

5  Design.

6       19.     The brochure for THE INFINITY, which prominently features The Infinity Logo

7  Design, is registered in the name of Plaintiff Tishman Speyer Properties, L.P. with the U.S. Copyright

8  Office bearing Registration No. TX-6-554-364.  The Web Site is registered in the name of Plaintiff 300

9  Spear Realty Venture, L.L.C. with the U.S. Copyright Office bearing Registration No. TX 6-813-989.

10  True and correct copies of U.S. Copyright Registrations for THE INFINITY Logo Design and Web

11  Site are attached hereto as Exhibits B and C, respectively.

12  **Plaintiffs' Trademarks Rights in THE INFINITY, the Logo Design, and the Logo Trademark**

13  **Consisting of THE INFINITY combined with the Logo Design**

14       20.     On March 29, 2007, the Secretary of State of the State of California issued to Plaintiff

15  300 Spear California Trademark Registration No. 63267 for the Logo Trademark consisting of the

16  words THE INFINITY and the Logo Design.  Based on a date of first use of June 1, 2006, THE

17  INFINITY Logo Trademark is registered for use with the management of residential condominiums,

18  marketing and sale of residential real estate and high quality premium residential real estate.  This

19  registration, duly and legally issued by the Secretary of State of the State of California, is valid and

20  subsisting.  A true and correct copy of this registration is attached hereto as Exhibit D.

21       21.     Since June 1, 2006, Plaintiffs have spent approximately $4,000,000.00 promoting

22  THE INFINITY Mark and THE INFINITY Logo Trademark.  In addition to brochures, floor plans,

23  neighborhood maps, invitations and direct mailing, these marks have appeared in advertisements in

24  *The San Francisco Chronicle*, *The New York Times*, the *Wall Street Journal*, *Dwell Magazine*, *San*

25  *Francisco Magazine*, *7x 7 Magazine*, as well as on outdoor signage in San Francisco. There have also

26  been multiple news stories about this property using THE INFINITY Mark and THE INFINITY Logo

27  Trademark in many of these same publications as well as in the *San Francisco Business Times*, *Alaska*

28  *Air Magazine*, and several local network television affiliates.

22.    THE INFINITY Logo Trademark and word mark are also prominently featured on Plaintiffs' Web Site. Since June 1, 2006, this Web Site has had more than 4,000,000 hits including visitors from 55 countries, one of which is the Philippines. Additionally, on information and belief, some of the web sites from which repeat visitors arrive at the Plaintiffs' Web Site are real estate blogs which include participants from the Philippines, including representatives of Defendants. As a result of these efforts THE INFINITY Logo Trademark and THE INFINITY Mark have become well known among the general public within the San Francisco Bay Area and among real estate professionals around the world including but not limited to Defendants.

23.    Plaintiffs market THE INFINITY through multiple channels, both directly engaging with end consumers and taking part in industry activities meant to promote the sale of residential units in THE INFINITY.

24.    In addition to THE INFINITY Logo Trademark, Plaintiffs have also developed common law rights in THE INFINITY Mark separate from the design and logo, in connection with the development and marketing of condominium properties.

25.    Plaintiffs' THE INFINITY Mark and THE INFINITY Logo Trademark are each recognized as designations of origins associated with a single source for condominium development and sales in the San Francisco Bay Area.

## V.    DEFENDANTS' BUSINESS

26.    On information and belief, Defendants are engaged in the business of marketing and selling a residential and commercial building located in Fort Bonifacio, Manila, Philippines. On information and belief, Defendants began use in commerce of the Infringing Logo Mark in December 2006 in connection with its Filipino project, including use directed at the residents of Northern California, in the beginning of December 2006. On information and belief, at the same time that Defendants began using "The Infinity," Defendants also adopted the Infringing Logo which is substantially similar to Plaintiffs Infinity Logo Mark.

27.    On information and belief, Defendants created the Infringing Logo by copying Plaintiffs' copyrighted Infinity Design. On information and belief, between June 1, 2006 and the date that Defendants adopted the Infringing Logo, defendants had access to Plaintiffs' copyrighted The

1  Infinity Logo Design by virtue of Plaintiffs use of the Logo Design on the World Wide Web.  On

2  information and belief, Defendants operate a significant portion of their business via various web sites

3  on the World Wide Web that target consumers in the United States generally and this District in

4  particular.

5        28.      On information and belief, Defendants had access to Plaintiffs' brochure and Web

6  Site at the time Defendants created the Infringing Design.  There is also other evidence that Defendants

7  had access to Plaintiffs' Web Site before launching their own web sites.  Specifically, Defendants' web

8  site uses the identical font as found on Plaintiffs' Web Site and in THE INFINITY brochure.

9  Defendants' web site also utilizes a color scheme that is substantially similar to Plaintiffs' Web Site

10  and THE INFINITY brochure.  While the font and color scheme may not be subject to independent

11  copyright protection, these similarities are evidential that Defendants adopted the Infringing Design by

12  copying from Plaintiffs.

13        29.      Notwithstanding that Defendants' real estate project is located in the Philippines, on

14  information and belief, Defendants, since at least as early as December 2006, continue to

15  internationally target their sales efforts to include the United States in general and the San Francisco

16  Bay Area in particular.

17        30.      On information and belief, more than 10 percent of the citizens of the Philippines live

18  overseas with the majority of those expatriates living in the United States.  Within the United States the

19  largest concentration of Filipinos and Americans of Filipino descent is in the State of California.  On

20  information and belief, as of 2007 more than 400,000 Filipinos and Americans of Filipino descent live

21  in the San Francisco Bay Area making up more than five (5) percent of the area's residents.  In some

22  neighborhoods such as Daly City, the percentage of Filipinos and Americans of Filipino descent

23  exceeds fifty percent.  On information and belief, the medium income for Filipinos and Americans of

24  Filipino descent living in San Francisco is approximately forty (40) percent higher than that of the

25  average U.S. resident.

26        31.      On information and belief, the Government of the Philippines has recognized that the

27  real estate development within the Philippines is a positive way to stimulate job growth and improve

28  the standard of living available in that country.  In order to support additional real estate development

1    in the Philippines, the current government has actively encouraged real estate developers in the

2    Philippines to market their Philippine real estate developments to Filipinos and Americans of Filipino

3    descent living in the United States. The Philippine ambassador to the United States recently was

4    quoted by the Wall Street Journal as stating that "The hottest market for Philippine residential real

5    estate is the Filipino-American community, since they have the income and the motivation to acquire

6    condos or houses back home." One way that the Philippine Government has encouraged this activity

7    is to facilitate events where real estate developers from the Philippines participate in "road shows"

8    hosted at Philippine consulates in various cities including San Francisco.

9        32.    On information and belief, Defendants operate a web site for their The Infinity

10   condominium development located at www.theinfinity.ph. Consistent with the business consensus that

11   Filipinos living in the United States and Americans of Filipino descent are a major source for potential

12   buyers of condominiums in the Philippines, this web site is specifically targeted to buyers and potential

13   buyers in the United States. Among other materials, the web site offers payment plans for owners

14   residing in the United States. On information and belief, approximately 30 percent of the visitors to

15   Defendants' web site reside in the United States.

16       33.    Defendants' use of THE INFINITY Logo Trademark (including the words THE

17   INFINITY) and THE INFINITY word mark is causing and is likely to continue to cause confusion as

18   to whether Defendants' real estate project is being developed, sold or marketed by, or is sponsored by,

19   affiliated with, or otherwise connected to Plaintiffs.

20       34.    Shortly after learning of Defendants use of THE INFINITY Logo Trademark and

21   THE INFINITY word mark, Plaintiffs, through their attorneys, contacted Defendant Nuvoland

22   Philippines in an effort to amicably resolve this matter. By letter dated, August 3, 2007, Defendant

23   Nuvoland Philippines, through its attorneys, committed to modify its use of the Infringing Design to

24   eliminate any infringement of Plaintiffs' intellectual property rights. Those changes, if any, made to

25   Defendants' web site are not apparent and in no way eliminate Defendants' infringement on Plaintiffs'

26   intellectual property rights. A true and accurate copy of the Defendants' August 3, 2007 letter is

27   annexed hereto as Exhibit E.

28

35.     After waiting two months for Defendant to implement the proffered changes, Plaintiffs contacted Defendants' counsel on October 4, 2007, and, when there was no response, again on November 12, 2007.

36.     On November 15, 2007, Plaintiffs received a response from Defendants' counsel advising that they had made a series of changes to the Infringing Design. At least some of the changes referenced in the November 15, 2007 letter (such as the number of lines used in Defendants' depiction of Plaintiffs' Logo Design) were in fact not changes at all. Any changes made by Defendants are not sufficient to avoid claims of copyright and trademark infringement.

## FIRST CAUSE OF ACTION
### (COPYRIGHT INFRINGEMENT 17 U.S.C. § 106)

37.     Plaintiffs reallege and incorporate herein by reference the matters alleged in Paragraphs 1 through 36 of this Complaint.

38.     Plaintiffs own the exclusive rights and privileges in and to the copyrights on the Logo Design, which have been registered with the U.S Copyright Office.

39.     Defendants have, without permission or any other authorization, copied, reproduced and distributed, and aided and abetted the copying, reproduction, and distribution of, a logo that is substantially similar to Plaintiffs' copyrighted Logo Design.

40.     On information and belief, the foregoing acts of infringement have been willful and intentional, and in disregard of and with indifference to the rights of Plaintiffs.

41.     Defendants are liable to Plaintiffs for actual damages incurred as a result of the aforesaid infringements and any additional profits of Defendants attributable to such infringement.

42.     The conduct of Defendants is causing and, unless preliminarily and permanently enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured through money damages. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to preliminary and final injunctive relief prohibiting Defendants from further infringing Plaintiffs' copyrighted Logo Design and an order enjoining Defendants from using any materials that contain infringing material.

## SECOND CAUSE OF ACTION
## (TRADEMARK INFRINGEMENT 15 U.S.C. § 1125)

43.     Plaintiffs reallege and incorporate herein by reference the matters alleged in Paragraphs 1 through 42 of this Complaint.

44.     Plaintiffs own rights to THE INFINITY Logo Trademark (including the words THE INFINITY) and THE INFINITY Mark for use with the management of residential condominiums, marketing and sale of residential real estate and high quality premium residential real estate.

45.     Subsequent to Plaintiffs' adoption, use, and establishment of common law rights in THE INFINITY Trademark Logo and the word mark THE INFINITY, on information and belief, Defendants adopted the name THE INFINITY and a logo substantially similar to Plaintiffs' Logo Design, and confusingly similar to Plaintiffs' Logo Trademark.  On information and belief, Defendants adopted this name and logo with actual knowledge of Plaintiffs' rights to the mark THE INFINITY and the Logo Trademark with the intent to benefit by creating likely confusion as to the source, sponsorship, or other connection between Plaintiffs and Defendants.

46.     Upon information and belief, Defendants deliberately and willfully used and are using the "The Infinity" mark and their logo in connection with the marketing and sale of Defendants' Philippine commercial and residential building in an attempt to trade on the enormous goodwill, reputation, and selling power established by Plaintiffs under the Logo Design, the Logo Trademark, and the mark THE INFINITY.

47.     Upon information and belief, Defendants have marketed and offered for sale commercial and/or residential property under the mark THE INFINITY and a confusingly similar logo within the State of California through their interactive web site.  Such conduct constitutes interstate commerce under the Lanham Act.

48.     Plaintiffs have not consented to Defendants' use of THE INFINITY and their confusingly similar logo.

49.     Defendants' unauthorized use of THE INFINITY and the related logo is likely to cause confusion among buyers and potential buyers as to whether Defendants' properties are being offered by Plaintiffs.

50.    Defendants' unauthorized use of THE INFINITY and the related logo is likely to cause confusion among buyers and potential buyers as to whether Defendants are sponsored by, affiliated with, or otherwise connected to Plaintiffs.

51.    Defendants' unauthorized use of THE INFINITY and the related logo is likely to cause initial interest confusion among buyers and potential buyers as to whether Defendants or their project is sponsored by, affiliated with, or otherwise connected to Plaintiffs.

52.    Defendants' unauthorized use of THE INFINITY Mark and the related logo in connection with the marketing or sale of its goods and services deprives Plaintiffs of the ability to control the consumer perception of the quality of the goods and services offered under the Logo Trademark and THE INFINITY and places Plaintiffs' valuable reputation and goodwill in the hands of Defendants, over whom Plaintiffs have no control.

53.    The aforementioned acts of Defendants constitute federal trademark infringement in violation of 15 U.S.C. § 1125(a).

54.    Plaintiffs have been, are now, and will be irreparably injured and damaged by Defendants' trademark infringement insofar as the public has been and/or is deceived into believing that the services marketed by Defendants are connected with, sponsored by, affiliated with, or related to Plaintiffs.

55.    Defendants' conduct has damaged Plaintiffs and will, unless preliminarily and permanently enjoined by the Court, further impair the value of Plaintiffs' name, reputation, and goodwill.  This harm constitutes an injury for which Plaintiffs have no adequate remedy at law.

**THIRD CAUSE OF ACTION**
**TRADEMARK INFRINGEMENT UNDER CALIFORNIA LAW**
**(CAL. BUS. & PROF. CODE § 14335)**

56.    Plaintiffs reallege and incorporate herein by reference the matters alleged in Paragraphs 1 through 55 of this Complaint.

57.    Defendants' acts described above constitute trademark infringement in violation of California Business and Professional Code § 14335, as they are likely to deceive the public and/or cause confusion as to the source, sponsorship, affiliation, or other connection between Plaintiffs and the goods and services offered by Defendants.

58.    Defendants' acts of trademark infringement have caused and will continue to cause Plaintiffs irreparable harm.  Plaintiffs' have no adequate remedy at law for Defendants' trademark infringement.

59.    Plaintiffs are entitled to a judgment preliminarily and permanently enjoining and restraining Defendants from engaging in further infringement.

**FOURTH CAUSE OF ACTION**
**UNFAIR COMPETITION**
**(CAL. BUS. & PROF. CODE § 17200)**

60.    Plaintiffs reallege and incorporate herein by reference the matters alleged in Paragraphs 1 through 59 of this Complaint.

61.    Defendants' acts described above constitute unfair competition in violation of California Business and Professional Code § 17200 et seq., as they are likely to deceive the public.

62.    Defendants' acts of unfair competition have caused and will continue to cause Plaintiffs irreparable harm.  Plaintiffs have no adequate remedy at law for Defendants' unfair competition.

63.    Plaintiffs are entitled to a judgment preliminarily and permanently enjoining and restraining Defendants from engaging in further acts of unfair competition.

**FIFTH CAUSE OF ACTION**
**COMMON LAW PASSING OFF AND UNFAIR COMPETITION**

64.    Plaintiffs reallege and incorporate herein by reference the matters alleged in paragraphs 1 through 63 of this Complaint.

65.    Plaintiffs own and have used the words THE INFINITY as a distinctive trade name, trademark, and service mark throughout the United States and the world in connection with the marketing and sale of luxury residential condominiums in San Francisco, California.  THE INFINITY is a valid trademark under state common law.

66.    Plaintiffs own and have used the Logo Trademark as a distinctive trademark and service mark throughout the United States and the world in connection with the marketing and sale of luxury residential condominiums in San Francisco, California.  The Logo Trademark is a valid trademark under state common law.

67.    In contrast, Defendants have only recently begun promoting its name and services to the same potential purchasers as Plaintiffs.

68.    Defendants' unauthorized use of THE INFINITY and the related logo constitutes infringement and unfair competition in violation of the common law of California.

69.    Defendants' wrongful acts have caused and will continue to cause Plaintiffs irreparable harm.  Plaintiffs have no adequate remedy at law.

70.    Plaintiffs are entitled to a judgment preliminarily and permanently enjoining and restraining Defendants from engaging in further acts of infringement and unfair competition.

## SIXTH CAUSE OF ACTION
## CALIFORNIA ANTI-DILUTION VIOLATION
## (CAL. BUS. & PROF. CODE § 14330)

71.    Plaintiffs reallege and incorporate herein by reference the matters alleged in paragraphs 1 through 70 of this Complaint.

72.    THE INFINITY project is well known and famous among the general public in the San Francisco Bay Area and California.

73.    Defendants' acts, as pleaded above, have caused injury and there exists a further likelihood of injury, to Plaintiffs' business reputation and of dilution of the distinctive quality of Plaintiffs' THE INFINITY Mark and forms of advertisement of same, within California Business and Professions Code §14330.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief as follows:

1.    Defendants, their agents, servants, employees and all persons acting under their permission and authority, be enjoined and restrained from infringing in any manner, the copyrighted THE INFINITY brochure, pursuant to 17 U.S.C. § 502.

2.    Defendants be ordered to pay damages per each claim of infringement, pursuant to 17 U.S.C. §504(c).

3.    A judgment, pursuant to 28 U.S.C. § 2201, declaring that Defendants, their officers, directors, agents, servants, employees, and representatives and all other persons, firms or corporations

Complaint for Damages and Injunctive Relief                     -13-
71425078.1

1  in active concert or participation with them, be preliminarily and permanently enjoined and restrained

2  from (1) using in any manner the words THE INFINITY in connection with the sale or offering for

3  sale in interstate commerce of any condominiums or commercial real estate or management or sales

4  services; (2) using in any manner any trade name or trademark confusingly similar to or a colorable

5  imitation of THE INFINITY in connection with the sale or offering for sale in interstate commerce of

6  any condominiums or commercial real estate or management or sales services; (3)  using in any

7  manner THE INFINITY Logo Trademark or the version thereof currently in use by Defendants in

8  connection with the sale or offering for sale in interstate commerce of any condominiums or

9  commercial real estate or management or sales services; (4) using in any manner any logo that is

10  confusingly similar to or a colorable imitation of THE INFINITY Logo Trademark in connection with

11  the sale or offering for sale in interstate commerce of any condominiums or commercial real estate or

12  management or sales services; (5) doing any act or thing calculated or likely to cause confusion or

13  mistake in the minds of members of the public, or prospective customers of Plaintiffs' residential

14  property, as to the source of the property or services offered for sale, or sold, or likely to deceive

15  members of the public, or prospective customers, into believing that there is some connection between

16  Defendants and Plaintiffs;

17     4.    A judgment ordering Defendants, pursuant to 15 U.S.C. § 1116(a), to file with this

18  Court and serve upon Plaintiffs within thirty (30) days after entry of the injunction, a report in writing

19  under oath setting forth in detail the manner and form in which Defendants have complied with the

20  injunction and implemented adequate and effective means to discontinue offering any goods or

21  services in interstate commerce under the mark THE INFINITY or confusingly similar to THE

22  INFINITY Logo Trademark.

23     5.    A judgment ordering Defendants, pursuant to 15 U.S.C. § 1118, to deliver up for

24  destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing

25  matter, all articles, packages, wrappers, products, displays, labels, signs, circulars, kits, packaging,

26  letterheads, business cards,  promotional items, literature, sales aids, receptacles or other matter in the

27  possession, custody, or under the control of Defendants or their agents or distributors bearing the mark

28  THE INFINITY in any manner, or any mark that is confusingly similar to or a colorable imitation of

Complaint for Damages and Injunctive Relief          -14-
71425078.1

1  THE INFINITY or the Logo Trademark both alone and in combination with other words or terms

2  including all plates, molds, matrices, and other means of making the same;

3      6.    A judgment that Defendants account for and disgorge to Plaintiffs all of the profits

4  realized by Defendants, or others acting in concert or participating with Defendants, resulting from

5  Defendants' acts of trademark infringement, false designation of origin, deceptive trade practices, and

6  unfair competition all relating to Defendants' use of THE INFINITY and a logo confusingly similar to

7  THE INFINITY Logo Trademark;

8      7.    A judgment, as to all counts, awarding compensatory and punitive damages suffered

9  plus interest, in an amount to be determined;

10     8.    A judgment that Plaintiffs be awarded three times Defendants' profits from its use of

11  THE INFINITY and Defendants' related logo mark, or three times Plaintiffs' damages, whichever is

12  greater, together with its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) and (b);

13     9.    A judgment that Plaintiffs recover the costs of this action plus interest;

14     10.   A judgment ordering Defendants to take all steps necessary to remove the name "The

15  Infinity" and any other of its business names that contain "The Infinity";

16     11.   A judgment that Plaintiffs be granted such other and further relief as the Court deems

17  just and proper.

18
   Dated: December 5, 2007                    Respectfully submitted,
19
                                              HARVEY SISKIND LLP
20

21

22                                      By: _____
23                                              Raffi V. Zerounian

24                                              Attorneys for Plaintiffs,
                                                300 Spear Realty Venture L.L.C. and
25                                              Tishman Speyer Properties, LP

26

27

28

Complaint for Damages and Injunctive Relief          -15-
71425078.1

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

2      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

3  parties, there is no such interest to report.

4

5  Dated:  December 5, 2007                    Respectfully submitted,

6

7                                             HARVEY SISKIND LLP

8

9                                             By: _____
                                                   Raffi V. Zerounian
10

11                                            Attorneys for Plaintiffs,
                                              300 Spear Realty Venture L.L.C. and
12                                            Tishman Speyer Properties, LP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

infinity symbol images - Google Search                                            Page 1 of 2

Web   Images   Maps   News   Products   Gmail   more ▾

marksalahmorgan@gmail.com | My Account | Sign out

Google

infinity symbol images                    Search    Advanced Search
                                                    Preferences

Web   Images                    Results 1 - 10 of about 136,000 for infinity symbol images. (0.24 seconds)

Image results for infinity symbol images                    Sponsored Links

  

Royalty-Free Photos
Find Photos of Anything &
Everything. Search SnapVillage!
www.SnapVillage.com

New Infiniti Images
Get Infiniti Info from Experts
Free Photos, Videos, and Auto Shows
www.InsideLine.com

**Symbol infinity Stock Photo Images. 70 Symbol infinity images and ...**
70 Symbol infinity Images. Fotosearch Stock Photography helps you
find the perfect photo, fast! Our search engine features 100 royalty free
photograph ...
www.fotosearch.com/photos-images/symbol-infinity.html - 40k -
Cached - Similar pages - Note this

Stock Image of Symbol of Infinity - Search Stock Photos, Pictures ...
Symbol of Infinity stock image by Brand X Pictures. Fotosearch Stock Photography and
Stock Footage helps you find the perfect photo or footage, fast!
www.fotosearch.com/BDX186/bxp34805/ - 19k - Cached - Similar pages - Note this
[ More results from www.fotosearch.com ]

**Symbols and their meaning**
... ring): An ancient and universal symbol of unity, wholeness, infinity, .... [1] Since frogs
need watery places, their image was often used in occult rain ...
www.radioliberty.com/Symbolsandtheirmeaning.html - 74k -
Cached - Similar pages - Note this

**Image:Infinity symbol.svg - Wikipedia, the free encyclopedia**
Image; File history; File links. Image:Infinity symbol.svg · Infinity_symbol.svg (SVG file,
nominally 420 × 475 pixels, file size: 20 KB) ...
en.wikipedia.org/wiki/Image:Infinity_symbol.svg - 21k - Cached - Similar pages - Note this

**Infinity (lemniscate)**
Illustrated glossary definition of the infinity (lemniscate) symbol. ... A Different Da Vinci
CodeMythological Creatures Image Gallery- Dr.. ...
altreligion.about.com/library/glossary/symbols/bldefslemniscate.htm - 24k -
Cached - Similar pages - Note this

**Infinity Symbol Tattoo Pictures**
Large gallery of Infinity Symbols, Tattoos and designs.
www.tattoo22.com/sy19.html - 34k - Cached - Similar pages - Note this

**A List of Poly Symbols**
He calls the image the "Parrot Club Mascot," and says that he created the image ... This
site contains three different multi-heart symbols with infinity, ...
www.hevanet.com/alexwest/parrots/symbollist.html - 9k - Cached - Similar pages - Note this

**Amazon.com: f#a# (infinity symbol): Music: Godspeed You Black Emperor!**
Would you like to update product info or give feedback on **images**? ... The postrock
instrumentals on f#a#(**infinity symbol**), distantly related to the sounds ...
www.amazon.com/**infinity-symbol**-Godspeed-Black-Emperor/dp/B000007T2Z - 218k -
Cached - Similar pages - Note this

**Kodakgallery.com Photo Tips**
While the **symbols** for **Image** Quality may vary, most cameras use "SQ" or "Basic" for ...
while the **infinity** mode is identified by the "**infinity**" **symbol** (a ...
www.kodakgallery.com/PhotoTips.jsp?d_45000=4500001 - 29k -
Cached - Similar pages - Note this

**Infinity Symbol ... | Brides.com**
(Tip, check out holiday **image** projectors and then creat your own slide for it using the
**infinity symbol**. The slide is cheap to put to gether by going to ...
www.brides.com/forums/thread.jspa?threadID=49020&tstart=0 - 111k -
Cached - Similar pages - Note this

1 2 3 4 5 6 7 8 9 10    **Next**

Download Google Pack: free essential software for your PC

infinity symbol images    [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

infinity symbol images - Google Search                                        Page 1 of 2

Web   Images   Maps   News   Products   Gmail   more ▾

marksalahmorgan@gmail.com | My Account | Sign out

Google

infinity symbol images                    [ Search ]   Advanced Search
                                                        Preferences

---

Web    Images                    Results **11 - 20** of about **136,000** for **infinity symbol images**. (0.07 seconds)

### Infiniti Pictures
www.kbb.com     Search New Car Photos, Pricing and Car Information     *Sponsored Link*
at Kelley Blue Book

### Links to website featuring religious or spiritual jewelry, photos ...

an **infinity symbol** placed diagonally in a heart -- meaning infinite love.
.... Art Gallery Worldwide shows hundreds of **images** of spiritually-
related artwork ...
www.religioustolerance.org/int_rel21.htm - 75k -
Cached - Similar pages - Note this

### Captain Bret's Celtic Tattoo Photos

Celtic Tribal **infinity symbol**, green ink Celtic cross, interwoven knot armband ... cool
colored band with contrasting cross **images** within ...
www.tribal-celtic-tattoo.com/celtic1.htm - 99k - Cached - Similar pages - Note this

### "Infinity symbol" - topic profile :: BoardReader

Shib : I still cant see your **images**. Flowerchild: The **infinity symbol** looks intresting can u
work on it. Thread: Show this thread (27 posts) Size: 270 bytes ...
boardreader.com/tp/**Infinity+symbol**.html - 158k - Cached - Similar pages - Note this

### Infinity Symbol, Rainbow **Image** Clothing, Rainbow Wear - HUMAN

Look good and feel good in our Infinity Symbol Rainbow Wear.
www.humanwear.com/rainbowwear/rainbow-wear.asp - 34k -
Cached - Similar pages - Note this

### Forget-me-not overlaid **infinity symbol** ring - Patent D491091

Link to this page:. http://www.freepatentsonline.com/D491091.html. Representative **Image**:.
Forget-me-not overlaid **infinity symbol** ring. Inventors: ...
www.freepatentsonline.com/D491091.html - 13k - Cached - Similar pages - Note this

### Image:Infinity symbol.svg - Wikipedia

Wikipedia (chū-iû ê pek-kho-choân-su) beh kā lí kóng... Jump to: navigation, search. **Image**;
File history; láⁿ-siông liân-kiat. **Image:Infinity symbol**.svg ...
zh-min-nan.wikipedia.org/wiki/Image:Infinity_symbol.svg - 21k -
Cached - Similar pages - Note this

### Image: f#a# (**infinity symbol**): Godspeed You Black Emperor!

**Image**: f#a# (**infinity symbol**): Godspeed You Black Emperor! by Godspeed You Black
Emperor!
www.amazon.com/**infinity-symbol**-Godspeed-Black-Emperor/dp/**images**/B000007T2Z -
49k - Cached - Similar pages - Note this

### Infinity Stereogram Illusion - Mighty Optical Illusions

As in... what should be jumping out at me in the 3d **image** actually bends away creating
depth... Like this **infinity symbol** for example... the cylindric body ...

---

Sponsored Links

### New Infiniti **Images**
Get Infiniti Info from Experts
Free Photos, Videos, and Auto Shows
www.InsideLine.com

www.moillusions.com/2007/06/infinity-stereogram-illusion.html - 75k -
Cached - Similar pages - Note this

Twin Flames Triality symbol explained.
The image was very clearly presented in the mind of "IMP" and as Germain ... Germain
further stated that he would come back to the infinity symbol as he ...
www.twinflames-twinsouls.net/tf-symb-exp.htm - 16k - Cached - Similar pages - Note this

Infinity (lemniscate)
Illustrated glossary definition of the infinity (lemniscate) symbol. ... The religious aspect of
the infinity symbol predates its mathematical origins. ...
altreligion.about.com/library/glossary/symbols/bldefsinfinity.htm - 27k -
Cached - Similar pages - Note this

**Previous** 1 2 3 4 5 6 7 8 9 1011     **Next**

---

infinity symbol images          [ Search ]

Search within results | Language Tools | Search Tips

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

infinity symbol images - Google Search                                    Page 1 of 2

Web   Images   Maps   News   Products   Gmail   more ▾

marksalahmorgan@gmail.com | My Account | Sign out

Google

infinity symbol images                    [ Search ]   Advanced Search
                                                        Preferences

Web   Images                 Results **21 - 30** of about **136,000** for **infinity symbol images**. (0.13 seconds)

Infiniti Pictures
www.kbb.com    Compare New Car Prices, Ratings & Specifications     Sponsored Link
at Kelley Blue Book.

Sponsored Links

**New Infiniti Images**
Get Infiniti Info from Experts
Free Photos, Videos, and Auto Shows
www.InsideLine.com

Circular/Spherical Infinity

Another interesting thing about this **image** is that it can be drawn by
simply making smaller and smaller figure-8s (**infinity symbol**), which
only intersect in ...
www.tnlc.com/eep/circles/ - 31k - Cached - Similar pages - Note this

What do you think of the **infinity symbol**, as a small tattoo?

What do you think of the **infinity symbol**, as a small tattoo? ... **Images** wider or taller than
1024px will be automatically resized. ...
www.answerbag.com/q_view/419438 - 30k - Cached - Similar pages - Note this

Tattoo Of Cross **Infinity Symbol** Gay Dating Tattoo Of Cross ...

Tattoo Of Cross **Infinity Symbol** Photos and Tattoo Of Cross **Infinity Symbol Images**.
photo of tattoo of cross **infinity symbol** ...
www.requestadate.com/photos_images/tattoo+of+cross++infinity+symbol.html - 30k -
Cached - Similar pages - Note this

Creating A Stereogram With Gimp

**Image** | Merge Visible Layers (Ctrl-M). This should leave you with only two layers: one with
the **infinity symbol**, the other the background layer. ...
www.gimptalk.com/forum/topic/Creating-A-Stereogram-With-Gimp-217-1.html - 45k -
Cached - Similar pages - Note this

[Pydotorg-redesign] Re: [marketing-python] logos

I realize that both the spiral and the **infinity symbol** could be seen as an abstract **image** of
a snake, but it's too far fetched. People who see a spiral or ...
mail.python.org/pipermail/pydotorg-redesign/2003-August/000399.html - 9k -
Cached - Similar pages - Note this

Infinity Symbol - Movie Forums

Infinity Symbol Movie Questions. ... Upload **Images** · View All User **Images** ... What was
the title of the movie in the 1980's that the "**INFINITY SYMBOL**" was ...
www.movieforums.com/community/showthread.php?t=14251 - 66k -
Cached - Similar pages - Note this

Picture the sun same time every day of the year...What do you get ...

also the **infinity symbol** is exactly symmetrical & exactly horizontal the **image** shown looks
like a stretched out figure '8' or 'snowman' on a 30degree tilt. ...
www.abovetopsecret.com/forum/thread270880/pg1 - 60k -
Cached - Similar pages - Note this

JESUS HEALS - THE DREAM

Next, the representation of the **image**. It seems to be three circles: one on the outside and

infinity symbol images - Google Search

two distinct circles creating the apparent **infinity symbol.** ...
www.greatdreams.com/jesus-heals.htm - 29k - Cached - Similar pages - Note this

## Metis Nation (Canada)

image by Kjell Roll Elgsaas 10 December 1997. Description of the Métis Flag; Métis Nation;
The **Infinity Symbol**; Colour Debate; Red Road Flag ...
www.crwflags.com/fotw/flags/ca_metis.html - 20k - Cached - Similar pages - Note this

## Infinity Symbol - Genuine Aventurine and Gold - Le Pietre delle ...

Images of this product | Details | More informations about the stones | Your questions about
this product. Product description**Infinity Symbol** - Genuine ...
www.wonderfulstones.com/prodotti/detail/codice_prodotto=385.pro - 20k -
Cached - Similar pages - Note this

**Previous** 1  2  3  4  5  6  7  8  9  10 11 12     **Next**

infinity symbol images     [ Search ]

Search within results | Language Tools | Search Tips

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

infinity symbol images - Google Search                                                   Page 1 of 2

Web   Images   Maps   News   Products   Gmail   more ▾

marksalahmorgan@gmail.com | My Account | Sign out

Google

infinity symbol images                    [ Search ]   Advanced Search
                                                        Preferences

Web   Images                  Results 31 - 40 of about 1,230,000 for infinity symbol images. (0.30 seconds)

Find Your Symbol Image                                              Sponsored Links
www.SnapVillage.com   Thousands of Royalty-Free Photos At Your   Sponsored Links
Fingertips. Search Now!                                          Infiniti Images Released
                                                                 Get Infiniti Info from Inside Line
Infiniti Pictures                                                Free Photos, Videos, and Car Debuts
www.kbb.com    Search New Car Photos, Pricing and Car Information   www.InsideLine.com
at Kelley Blue Book

Image talk:Infinity symbol.svg - Wikipedia, the free encyclopedia

Image talk:Infinity symbol.svg. From Wikipedia, the free encyclopedia. Jump to:
navigation, search. INFINITY IS CRAZY! ...
en.wikipedia.org/wiki/Image_talk:Infinity_symbol.svg - 13k -
Cached - Similar pages - Note this

Royalty Free Photos, Download Stock Photos and Images stock photo ...

Cheap stock photo download royalty free - high quality images for just $1 - $2 each. ... 3D
Silver Infinity Symbol. by: Candyman. id: 1886369 ...
www.bigstockphoto.com/search.php?photo_name=infinity - 67k -
Cached - Similar pages - Note this

Math Is Fun Forum / favorites icon?

How about an infinity symbol inside a pair of set braces? ... The infinity symbol from the
forum header ... could be improved. Uploaded Images ...
www.mathisfunforum.com/viewtopic.php?id=8700&p=1 - 39k -
Cached - Similar pages - Note this

APPENDIX C: GREEK LETTERS AND SYMBOLS

Symbol Name. Symbol. Namespace Method. Image Location and Filename Tag ..... <img
src="/images/infinity.gif" alt="infinity" title="infinity">. Right arrow ...
www.webassign.net/manual/_APPENDIX_C_GREEK_LETTERS_AND_SYMBOLS.htm -
60k - Cached - Similar pages - Note this

Links of London Search

Add to compare item|. Union Link 18ct Gold Wide Ring Image 1 ... Its circle and infinity
symbol are perfect motifs for those who believe anything is ...
www.linksoflondon.com/search?btn_search.x=1&query=infinity&search=1 - 52k -
Cached - Similar pages - Note this

2007 Global Image Leader Finalists — San Francisco American ...

2007 Global Image Leader Finalists. ... instantly recognizeable symbols--for example a
peace sign, a yin yang, a love heart, the infinity symbol. ...
www.sfama.org/events/global - 37k - Cached - Similar pages - Note this

Twin Flame heart seminar images.

If one looks at the triality or twin flame symbol you can see that there is one infinity
symbol contained within the image. ...
www.twinflames-twinsouls.net/seminar-images-described.htm - 19k -

Cached - Similar pages - Note this

**Infinity Symbol Info Poster Poster from Zazzle.com**
The **Infinity Symbol** or Lemniscate looks like the number 8 lying on its side. The lemniscate
represents the cycles of **infinity** and creation, as one universe ...
www.zazzle.com/**infinity_symbol**_info_poster_print-228941271650183568 - 71k -
Cached - Similar pages - Note this

**infinity symbol? - Graphic Forums**
**infinity symbol**? Illustration Area. ... my portfolio and i must have hit something but all of
sudden all these **infinity** sybols scattered accross my **image**. ...
www.graphic-forums.com/showthread.php?p=231045 - 36k -
Cached - Similar pages - Note this

[PPT] **Introduction to Livetext**
File Format: Microsoft Powerpoint - View as HTML
To add an **image**; Click the Edit link next to the word **IMAGE**; ... Click on the GLOBE with
the **infinity symbol** on it (aka Insert link button) in the editing ...
coe.umsl.edu/web/news_events/forms/Livetext_Handout.ppt - Similar pages - Note this

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13    **Next**

---

infinity symbol images          [ Search ]

Search within results | Language Tools | Search Tips

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

infinity symbol images - Google Search                                   Page 1 of 2

Web    Images    Maps    News    Products    Gmail    more ▾

marksalahmorgan@gmail.com | My Account | Sign out

Google

infinity symbol images                    [Search]    Advanced Search
                                                       Preferences

Web    Images              Results **41 - 50** of about **1,230,000** for **infinity symbol images**. (0.18 seconds)

Infiniti Pictures
www.kbb.com    Search New Car Photos, Pricing and Car Information        Sponsored Links
at Kelley Blue Book                              Sponsored Link

Infiniti **Images** Released
Get Infiniti Info from Inside Line
Free Photos, Videos, and Car Debuts
www.InsideLine.com

Algebra: Set-builder/Inequality notation

We certainly know that the solution is all reals, and we all agree on the
"interval notation": (-**infinity symbol**, +**infinity symbol**). ...
en.allexperts.com/q/Algebra-2061/Set-builder-Inequality-notation.htm -
19k - Cached - Similar pages - Note this

SoulSexual: Introduction

This is one of those, and the 3-D **image** is an **infinity** heart. ... I had to make the heart
translucent so you could see the **infinity symbol**. ...
polyamory.ecohost.com/art.htm - 11k - Cached - Similar pages - Note this

NOVA | Infinite Secrets | Credits | PBS

Photo: (Netz) © WGBH/NOVA; **Image**: (**Infinity symbol**) © WGBH/NOVA. Great Surviving
Manuscripts Photos: (Herculaneum) © David Blank, reproduced by courtesy of ...
www.pbs.org/wgbh/nova/archimedes/credits.html - 27k - Cached - Similar pages - Note this

Can You Mentally Visualize?

Visual follow your left-arm creating an Air-**Infinity-Symbol**. ... Profound Fact: your brain
remembers pictures (**images**) it has seen or created when it begins ...
ezinearticles.com/?Can-You-Mentally-Visualize?&id=500457 - 42k -
Cached - Similar pages - Note this

wu :: forums - [ FAQ : (updated) how to write math symbols? ]

Input Method 1: Click the **Symbol Image** When constructing a message, ..... one is the
same character in the **symbol** font, which should be the **infinity symbol**. ...
www.ocf.berkeley.edu/~wwu/cgi-bin/yabb/YaBB.cgi?
board=riddles_suggestions;action=display;num=1035249563 - 147k -
Cached - Similar pages - Note this

Sony F717 - Manual focus problem

Neither autofocus or manual focus can get me the sharp **image** at ... shows the **infinity
symbol**, but distant object objects are really in ...
www.velocityreviews.com/forums/t241380-sony-f717-manual-focus-problem.html - 60k -
Cached - Similar pages - Note this

CodeGuru Forums - **Infinity Symbol** inside of ListView

Reload this Page **Infinity Symbol** inside of ListView ... It might not be(I'm sure it's not ) the
best solution, but it works. Attached **Images** ...
www.codeguru.com/forum/showthread.php?p=1200174 - 82k -
Cached - Similar pages - Note this

Worth1000.com | Photoshop Contests | Are you Worthy™ | contest

The top **image** editing and art contest site on the web. ... Logo is the intersection of an

infinity symbol images - Google Search

**infinity symbol** playing into the the 'infinite possibilities' ...
www.worth1000.com/cache/contest/contestcache.asp?contest_id=12125 - 72k -
Cached - Similar pages - Note this

[PDF] **1. Large Format Cameras**
File Format  PDF/Adobe Acrobat - View as HTML
Calibrate **Infinity** focus at the center of the **image** area. .... Distance Scale Ring to realign
the **infinity symbol** with the red distance Indicator line. ...
www.fotomancamera.com/download/2006121522239LargeFormatCameras.pdf -
Similar pages - Note this

I
... ilustre municipalidad · ilut · imagawa yoshimoto · **image** (white) ... infantry: japan · infantry
· **infinity symbol** · **infinity** · informal flag ...
www.fotw.net/flags/keywordi.html - 78k - Cached - Similar pages - Note this

**Previous** 1 2 3 4 5 6 7 8 9 1011121314      **Next**

infinity symbol images      [ Search ]

Search within results | Language Tools | Search Tips

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

infinity symbol images - Google Search                                    Page 1 of 2

Web   Images   Maps   News   Products   Gmail   more ▾

marksalahmorgan@gmail.com | My Account | Sign out

Google

infinity symbol images                    [ Search ]   Advanced Search
                                                        Preferences

─────────────────────────────────────────────────────────

Web   Images                Results 51 - 60 of about 1,230,000 for **infinity symbol images**. (0.11 seconds)

Infiniti Pictures
www.kbb.com    Search New Car Photos, Pricing and Car Information    Sponsored Link            Sponsored Links
at Kelley Blue Book
                                                                                              New Infiniti Images
panoguide: Controlling depth of field                                                         Get Infiniti Info from Experts
                                                                                              Free Photos, Videos, and Auto Shows
Note that the sweet spot gives the sharpest **image** but not necessarily                     www.InsideLine.com
the ... Now I align the **infinity symbol** with the aperture (f/16) to the
right. ...
www.panoguide.com/howto/panoramas/hyperfocal.jsp - 17k -
Cached - Similar pages - Note this

EBSQ - Zines

That **symbol** is important to learn about. **Infinity** is used when you want to tell the camera
and lens that your whole **image** (foreground to background) must be ...
www.ebsqart.com/PFZine.asp?CMD=RenderArticle&ArticleID=490 - 17k -
Cached - Similar pages - Note this

PINK TATTOO PICS PICTURES PHOTOS

Want to find out what some of Pink's tattoo designs & **symbols** mean? Check out: Dragon
Tattoo Designs, Cat, Kanji, Memorial Tattoos, **Infinity Symbol**, Frog, ...
www.vanishingtattoo.com/tattoo/celeb-pink.htm - 14k - Cached - Similar pages - Note this

David Goodger's Graphics

Featured on Boing Boing and in Lawrence Lessig's blog, this **image** is now available as a ...
Updated 2006-01-08: Changed the **infinity symbol** to use a more ...
python.net/~goodger/projects/graphics/ - 16k - Cached - Similar pages - Note this

TI-83/84 Plus BASIC Images - ticalc.org

Chances are, you will recognize a lot of the artwork. **infinity**.zip, 1k, 02-05-27, **Infinity
Symbol** An **image** of symbol drawn on your calculator. ...
www.ticalc.org/pub/83plus/basic/media/images/ - 82k - Cached - Similar pages - Note this

Why is the lemniscate or mobius strip **symbol** used to represent...

A popular explanation is that the **infinity symbol** is derived from the shape of a ... **Images**
wider or taller than 1024px will be automatically resized. ...
www.answerbag.com/q_view/39338 - 39k - Cached - Similar pages - Note this

Tattoo Stories and Pictures - TattooConfidential.com

All my other tattoos have been about something symbolic and simple (an **infinity symbol**
on my lower back and my initial on my right foot), and one was to ...
www.tattooconfidential.com/ - 52k - Cached - Similar pages - Note this

Metis (Canada)

Here is info on the Metis flags, the ones with a white **infinity symbol** on a red or blue ....
The flag bears a horizontal figure eight, or **infinity symbol**. ...
www.fotw.us/flags/ca_metis.html - 22k - Cached - Similar pages - Note this

## Titanium **Infinity** Cut Groove Wedding Bands

A way to show your vows will last an eternity: This 6mm comfort-fit titanium wedding band
features a cut-groove **infinity symbol**. Click on the picture for ...
www.e-weddingbands.com/store/tiinfinite.html - 53k - Cached - Similar pages - Note this

## Notes on the Amaya HTML Editor

This is straightforward, using the Insert **Image** icon, except you must keep in mind ... and
then select the **infinity symbol** from the Greek-letter window. ...
heather.cs.ucdavis.edu/~matloff/amaya.html - 12k - Cached - Similar pages - Note this

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15    **Next**

infinity symbol images    Search

Search within results | Language Tools | Search Tips

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

# EXHIBIT B

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-554-384

EFFECTIVE DATE OF REGISTRATION

Apr 6 2087

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
THE INFINITY BROCHURE

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

**a**   NAME OF AUTHOR ▼
7th Art LLC

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text of brochure for The Infinity Condominium

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2006     ◀Year

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶   Year ▶ 2006   USA     ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Tishman Speyer Properties, LP
45 Rockefeller Plaza
New York, NY 10111

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Work for Hire with subsequent Assignment

APPLICATION RECEIVED
APR - 6 2007
ONE DEPOSIT RECEIVED
APR - 6 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | AT | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☑ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶            **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / ZIP ▼
Stephen W. Feingold, Esq., Day Pitney LLP
7 Times Square
New York, NY 10036

**b**

Area code and daytime telephone number ▶ 212-297-5845                 Fax number ▶ 212-916-2940
Email ▶ sfeingold@daypitney.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the          ☐ author
                                                         Check only one ▶  ☐ other copyright claimant
                                                                            ☐ owner of exclusive right(s)
                                                                            ☑ authorized agent of  Tishman Speyer Properties, LP

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Stephen W. Feingold, Esq.                                          Date ▶ 3/23/2007

Handwritten signature (X) ▼
X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ Stephen W. Feingold, Esq., Day Pitney LLP | |
| | Number/Street/Apt ▼ 7 Times Square | |
| | City/State/ZIP ▼ New York, NY 10036 | |

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit Material

Library of Congress
Copyright Office · TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-813-989**

**Effective date of registration:**

November 20, 2007

## Title

**Title of Work:** the-infinity.com

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** April 1, 2006

## Author

- **Author:** 300 Spear Realty Venture, L.L.C.

  **Author Created:** Text, photographs, illustrations and compilation of website

  **Work made for hire:** Yes

  **Domiciled in:** New York (State)

  **Anonymous:** No          **Pseudonymous:** No

- **Author:** The 7th Art LLC

  **Author Created:** compilation of website

  **Work made for hire:** Yes

  **Domiciled in:** New York (State)

  **Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** 300 Spear Realty Venture, L.L.C.

45 Rockefeller Plaza, New York, N.Y. 10111

**Transfer Statement:** Owned by claimant through contract with The 7th Art LLC

## Limitation of copyright claim

**Previously registered:** No

**Basis of current registration:** This is the first application submitted by this author as claimant.

## Certification

IPN#:

Registration #:

**T X 0 0 0 6 8 1 3 9 8 9**

Service Request #:  1-20563711

Day Pitney LLP
Stephen W. Feingold
7 Times Square
New York, NY 10036

# EXHIBIT D

# State of California
## Secretary of State

Service Mark Reg. No. 63267              Class No. INT. 36
### CERTIFICATE OF REGISTRATION OF SERVICE MARK

*I, DEBRA BOWEN,* Secretary of State of the State of California, hereby certify:

That in accordance with the application filed in this office the SERVICE MARK described below has been duly registered in this office on behalf of:

**Name of Applicant:**    300 Spear Realty Venture, L.L.C.
**Business Address:**    45 Rockefeller Plaza, New York, NY 10111
**Date First Used in California:**    June 1, 2006
**Date First Used Anywhere:**    June 1, 2006
**Description of Service Mark:**    THE INFINITY - THE MARK CONSISTS OF WORDS AND A LOGO, THE WORDS "THE INFINITY" BELOW THE LOGO, A FIGURE OF THE NUMBER EIGHT TURNED ON ITS SIDE.
**Description of Services with Which the Service Mark is Used:**    Management          of residential condominiums, marketing and sale of residential real estate and high quality premium residential real estate.
**A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached**
**Date of Registration:**    March 28, 2007
**Term of Registration Extends to and Includes:**    March 28, 2017

**IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this** 29th **day of** March 2007



**DEBRA BOWEN**
Secretary of State

# EXHIBIT "E"

# ROXAS DE LOS REYES LAUREL & ROSARIO
### LAW OFFICES
19/F BDO Plaza, 8737 Paseo de Roxas
Makati City 1200, Philippines

MANUEL R. ROXAS
VICTORIA C. DE LOS REYES
ROBERTO P. LAUREL
MELISSA L. ROSARIO-LICHAYTOO

MARIO I. MOLINA

VALERIE ANNE D. GONZALES
JACQUELINE D. LEDDA
STEPHEN E. CASCOLAN
MICHAEL ANTHONY T. UMALI
CATHERINE GRACE Y. YAP

FAX   :   (632) 813-0435
TEL   :   (632) 840-3785
            (632) 815-9946
E-mail :  info@rrrlaw.com

MAILING ADDRESS:
P.O. BOX 2405
MAKATI POST OFFICE

3 August 2007

Day Pitney LLP
7 Times Square
New York, NY 10036

**Attention:**   **Atty. Marc A. Lieberstein**

Gentlemen:

Your letter dated 19 July 2007 was referred to us by our client, Nuvoland Philippines, Inc., for reply.

At the outset, we wish to point out that our client, Nuvoland Philippines, Inc., is a real estate developer doing business in the Philippines and possesses all the necessary licenses and permits required to do so. Its condominium projects are in the Philippines and therefore it sells its condominium units primarily to Philippine citizens and local residents.

With regard to your claim that there are certain similarities between our client's website and that of your client's, our client has looked into the matter and believes that no one will confuse one site for the other and that whatever similarities may exist, if any, are purely coincidental and will not cause any confusion in any way.

Insofar as the Infinity logo is concerned, a side by side comparison of the logos will show that our client's logo consists of eight (8) horizontally elongated infinity signs, while your client's logo contains ten (10) infinity signs - the two ends of which are more oblong in shape. Furthermore, the font our client used for the project name "The Infinity" is a commercially available font, more specifically called Narrow Arial, which differs from the one your client used.

On the matter of the color of our client's website, the same is consistent with the creative content being depicted. Clearly, our client's website depiction of the sky, which shows moving clouds combined with the ripple effects of water droplets, necessitates the use of the color blue.

**ROXAS DE LOS REYES LAUREL & ROSARIO**
**LAW OFFICES**

2

Finally, our client's use of the aforestated design elements cannot constitute "unfair competition" since our client primarily sells its condominium units to Philippine citizens and local residents. It is clearly specified within our client's logo that the location of its project is in Fort Bonifacio in the Philippines. It should also be noted that purchasers of condominium units are sophisticated buyers who will carefully check the developers of the units they intend to buy. This makes the possibility of confusion practically nil.

Moreover, there is nothing in our client's website which even vaguely suggests that its units are those of your client's. In fact, our client has not experienced a single instance of a buyer inquiring if it has any relationship with your client.

In any event, in order to demonstrate its good faith on this matter and to avoid the highly unlikely possibility that potential clients will confuse the two websites, our client is willing to modify the appearance of its website to even further distinguish it from your client's website within a period of thirty (30) days from the date of this letter.

Very truly yours,

**ROXAS DE LOS REYES LAUREL & ROSARIO**

By:

**MANUEL R. ROXAS**

MRR:crm

SN 09863 LLP Morfonebeon 2008