```
 1 | HARVEY SISKIND LLP
   | D. PETER HARVEY (State Bar No. 55712)
 2 | RAFFI V. ZEROUNIAN (State Bar No. 236388)
   | Four Embarcadero Center, 39th Floor
 3 | San Francisco, California 94111
 4 | Telephone: 415.354.0100
   | Facsimile: 415.391.7124
 5 | pharvey@harveysiskind.com
   | rzerounian@harveysiskind.com
 6 |
 7 | DAY PITNEY LLP
   | STEPHEN W. FEINGOLD (pro hac vice pending)
 8 | MARK S. MORGAN (pro hac vice pending)
   | 7 Times Square
 9 | New York, New York 10036-7311
   | Telephone: 212.297.5800
10 | Facsimile: 212.916.2940
11 | sfeingold@daypitney.com
   | mmorgan@daypitney.com
12 |
   | Attorneys for Plaintiffs,
13 | 300 Spear Realty Venture L.L.C. and
   | Tishman Speyer Properties, LP
14 |
```

**FILED**

DEC 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| 300 SPEAR REALTY VENTURE, L.L.C. and TISHMAN SPEYER PROPERTIES, LP, <br><br> Plaintiffs, <br><br> vs. <br><br> NUVOLAND PHILIPPINES, INC. and SILVER ICON, INC., <br><br> Defendants. | Case No.:   C 07-06164 MHP <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY STEPHEN W. FEINGOLD *PRO HAC VICE* |

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION          CASE NO. C 07-06164 MHP
OF ATTORNEY STEPHEN W. FEINGOLD *PRO HAC VICE*

1 | Stephen W. Feingold, an active member in good standing of the bars of the States of New York and New Jersey, and the District of Columbia; the United States District Courts for the Eastern and Southern Districts of New York and the District of New Jersey; the U.S. Court of Appeals for the Third, Fourth, Ninth and Federal Circuits; and the U.S. Supreme Court; and whose business address and telephone number are:

Day Pitney LLP
7 Times Square
New York, New York 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing 300 Spear Realty Venture, L.L.C. and Tishman Speyer Properties, LP;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/28/07

_____
The Honorable Marilyn Hall Patel
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION              CASE NO. C 07-06164 MHP
OF ATTORNEY STEPHEN W. FEINGOLD *PRO HAC VICE*