FILED

DEC 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   HARVEY SISKIND LLP
    D. PETER HARVEY (State Bar No. 55712)
2   RAFFI V. ZEROUNIAN (State Bar No. 236388)
    Four Embarcadero Center, 39th Floor
3   San Francisco, California 94111
    Telephone: 415.354.0100
4   Facsimile: 415.391.7124
    pharvey@harveysiskind.com
5   rzerounian@harveysiskind.com
6
7   DAY PITNEY LLP
    STEPHEN W. FEINGOLD (*pro hac vice pending*)
8   MARK S. MORGAN (*pro hac vice pending*)
    7 Times Square
9   New York, New York 10036-7311
    Telephone: 212.297.5800
10  Facsimile: 212.916.2940
    sfeingold@daypitney.com
11  mmorgan@daypitney.com
12
    Attorneys for Plaintiffs,
13  300 Spear Realty Venture L.L.C. and
    Tishman Speyer Properties, LP
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18
19  300 SPEAR REALTY VENTURE, L.L.C. and      Case No.:  C 07-06164 MHP
    TISHMAN SPEYER PROPERTIES, LP,
20                                            **APPLICATION FOR ADMISSION OF**
21              Plaintiffs,                   **ATTORNEY MARK S. MORGAN *PRO***
                                              **HAC VICE***
22         vs.

23  NUVOLAND PHILIPPINES, INC. and
    SILVER ICON, INC.,
24
25              Defendants.
26
27
28

APPLICATION FOR ADMISSION OF ATTORNEY              CASE NO. C 07-06164 MHP
MARK S. MORGAN *PRO HAC VICE*

1       Pursuant to Civil L.R. 11-3, Mark S. Morgan, an active member in good standing of the bar of

2   the State of New Jersey; the United States District Courts for the Eastern and Southern Districts of

3   New York and the District of New Jersey; the U.S. Court of Appeals for the Third Circuit; and the

4   U.S. Supreme Court, hereby applies for admission to practice in the Northern District of California

5   on a *pro hac vice* basis representing 300 Spear Realty Venture, L.L.C. and Tishman Speyer

6   Properties, LP in the above-entitled action.

7       In support of this application, I certify on oath that:

8   1.    I am an active member in good standing of a United States Court or of the highest

9         court of another State or the District of Columbia, as indicated above;

10  2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule

11        11-4, to comply with General Order No. 45, Electronic Case Filing, and to become

12        familiar with the Local Rules and the Alternative Dispute Resolution programs of this

13        Court; and,

14  3.    An attorney who is a member of the bar of this Court in good standing and who

15        maintains an office within the State of California has been designated as co-counsel in

16        the above-entitled action.  The name, address and telephone number of that attorney is:

17        D. Peter Harvey
          Harvey Siskind LLP
18        4 Embarcadero Center, 39th Floor
          San Francisco, California  94111
19        Telephone:  (415) 354-0100

20       I declare under penalty of perjury that the foregoing is true and correct.

21

22

23  Dated:  12/11/2007                              _____
                                                    Mark S. Morgan
24                                                                        IT IS SO ORDERED

25

26                                                  UNITED STATES DISTRICT JUDGE

27                                                  18/88/07

28                                                                        DATE
                                            -2-