1  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
2  NATHAN B. SABRI (CA SBN 252216)
   NSabri@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  415.268.7000
5  Facsimile:  415.268.7522

6  Attorneys for Defendants
   NUVOLAND PHILIPPINES, INC., and SILVER ICON, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12 | 300 SPEAR REALTY VENTURE, L.L.C., and TISHMAN SPEYER PROPERTIES, LP, | Case No.   CV-07-6164 MHP |
13 | | **STIPULATION TO EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
   | Plaintiffs, | |
14 | | |
   | v. | |
15 | | |
   | NUVOLAND PHILIPPINES, INC., and SILVER ICON, INC., | |
16 | | |
17 | Defendants. | |

18

19     Pursuant to Civil Local Rule 6-1(a), the parties, through their counsel, hereby stipulate

20 that Defendants Nuvoland Philippines, Inc. and Silver Icon, Inc. shall have thirty days from

21 January 9, 2008 to respond to the Complaint filed in this matter.  Pursuant to this stipulation, the

22 Defendants have until February 8, 2008 to respond to the Complaint.  This is the first request for

23 extension of time filed by any party in this matter.

24

25

26

27

28

Stipulation to Extend Time to Respond to Complaint
CV-07-6164 MHP                                                                                        1
sf-2449036

| | |
|---|---|
| Dated: January 10, 2008 | JENNIFER LEE TAYLOR<br>NATHAN B. SABRI<br>MORRISON & FOERSTER LLP |

By: /s/ Jennifer Lee Taylor
      Jennifer Lee Taylor

Attorneys for Defendants

NUVOLAND PHILIPPINES, INC., and SILVER ICON, INC.

Dated: January 10, 2008     D. PETER HARVEY
                            RAFFI V. ZEROUNIAN
                            HARVEY SISKIND LLP

By: /s/ Raffi S. Zerounian
      Raffi V. Zerounian

Attorneys for Plaintiffs

300 SPEAR REALTY VENTURE, L.L.C., and TISHMAN SPEYER PROPERTIES, LP

**GENERAL ORDER 45 ATTESTATION**

I, Jennifer Lee Taylor, am the ECF User whose ID and password are being used to file this Stipulation to Extension of Time for Defendants to Respond to the Complaint. In compliance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: January 10, 2008.

/s/ Jennifer Lee Taylor

Stipulation to Extend Time to Respond to Complaint
CV-07-6164 MHP
sf-2449036

2