1  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
2  NATHAN B. SABRI (CA SBN 252216)
   NSabri@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  415.268.7000
5  Facsimile:  415.268.7522

6  Attorneys for Defendants
   NUVOLAND PHILIPPINES, INC., and SILVER ICON, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12 | 300 SPEAR REALTY VENTURE, L.L.C., and TISHMAN SPEYER PROPERTIES, LP, | Case No.   CV-07-6164 MHP |
|---|---|
| Plaintiffs, | **STIPULATION TO FURTHER EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| NUVOLAND PHILIPPINES, INC., and SILVER ICON, INC., | |
| Defendants. | |

       Pursuant to Civil Local Rule 6-1(a), the parties, through their counsel, hereby stipulate that Defendants Nuvoland Philippines, Inc. and Silver Icon, Inc. ("Defendants") shall have two weeks from the date of the initial case management conference, currently set for March 17, 2008, to answer or otherwise respond to the Complaint filed in this matter.  This is the second request for extension of time filed by any party in this matter.  Defendants previously requested that Plaintiffs 300 Spear Realty Venture, L.L.C. and Tishman Speyer Properties, LP ("Plaintiffs") consent to a 30-day extension of time for Defendants to file their answer as Defendants had just retained counsel in connection with this matter.  Plaintiffs consented to that request and the parties filed a stipulation on January 10, 2008.

Stipulation to Further Extension of Time for Defs. to Respond to Complaint
CV-07-6164 MHP
sf-2453780                                                                                              1

| | | |
|---|---|---|
| 1 | Dated: January 28, 2008 | JENNIFER LEE TAYLOR<br>NATHAN B. SABRI<br>MORRISON & FOERSTER LLP |
| | | By:  /s/ Jennifer Lee Taylor<br>         Jennifer Lee Taylor |
| | | Attorneys for Defendants<br>NUVOLAND PHILIPPINES, INC.,<br>and SILVER ICON, INC. |
| 8 | Dated: January 28, 2008 | D. PETER HARVEY<br>RAFFI V. ZEROUNIAN<br>HARVEY SISKIND LLP |
| | | By:  /s/ D. Peter Harvey<br>         D. Peter Harvey |
| | | Attorneys for Plaintiffs<br>300 SPEAR REALTY VENTURE,<br>L.L.C., and TISHMAN SPEYER<br>PROPERTIES, LP |

**GENERAL ORDER 45 ATTESTATION**

I, Jennifer Lee Taylor, am the ECF User whose ID and password are being used to file this Stipulation to Further Extension of Time for Defendants to Respond to Complaint. In compliance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: January 28, 2008.

 /s/ Jennifer Lee Taylor
         Jennifer Lee Taylor