1  RICHARD M. WILLIAMS (SBN 68032)
   GREGORY M. GENTILE (SBN 142424)
2  J. MARK THACKER (SBN 157182)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  80 North First Street
   San Jose, CA 95113
4  Telephone:   (408) 287-6262
   Facsimile:   (408) 918-4501
5
   Attorneys for Defendant
6  GLOBAL EQUITY LENDING, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | DOLORES A. ARREGUIN, for herself | CASE NO. C 07 6026 MHP
     and other members of the general public |
12 | similarly situated, | [~~PROPOSED~~] ORDER RE: MOTION FOR
                                       | LEAVE TO FILE A MOTION TO DISMISS
13 | Plaintiff, |
                                       | [CIVIL LOCAL RULE 7-11; JUDGE
14 | v. | PATEL'S STANDING ORDER NO. 4]

15 | GLOBAL EQUITY LENDING, INC., a | Courtroom:  15, 18th Floor
     Georgia Corporation; and DOES 1 through | Judge:       Hon. Marilyn Hall Patel
16 | 10, Inclusive, |
                                       | Complaint filed: November 29, 2007
17 | Defendant. |

18

19     The motion of Defendant GLOBAL EQUITY LENDING, INC. ("GLOBAL") for leave to

20  file a motion to dismiss was submitted to this Court pursuant to Local Rule 7-11.

21     Having read the motion, the memorandum of points and authorities, and declaration in

22  support thereof, the Court finds good cause to grant leave for the filing of GLOBAL's motion to

23  dismiss.

24     Therefore, it is ordered that GLOBAL's motion to dismiss is hereby deemed filed and set

25  for hearing concurrently with Defendant GLOBAL's motion to compel arbitration on

26  March 17, 2008, at 2:00 p.m., Courtroom 15.

27  Dated: 1/29/08                          _____
                                            HON. MARILYN HALL PATEL
28

RC1/5060170.1/DB
[PROPOSED] ORDER RE: MOTION FOR LEAVE                              CASE NO. C 07 6026 MHP
TO FILE A MOTION TO DISMISS

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

JAMES J. McDONALD, Jr, Bar No. 150605
EMAIL: jmcdonald@laborlawyers.com
CHRISTOPHER J. BOMAN, Bar No. 198796
EMAIL: cboman@laborlawyers.com
CHRISTINE D. BARAN, Bar No. 158603
EMAIL: cbaran@laborlawyers.com
FISHER & PHILLIPS LLP
18400 Von Karman Avenue, Suite 400
Irvine, California 92612
Telephone (949) 851-2424
Facsimile (949) 851-0152

Attorney for Defendant LOS ANGELES COUNTY FAIR ASSOCIATION

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, ANDREW STERN, Trustee, MIKE GARCIA, Trustee, ROD BASHIR, Trustee, CHARLES RIDGELL, Trustee, SHARLEEN STEWART, Trustee, JAMES BERG, Trustee, EDWARD J. MANKO, Trustee, JOHN J. SHERIDAN, Trustee, LARRY SMITH, Trustee, FRANK A MAXSON, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES COUNTY FAIR ASSOCIATION, a California corporation,<br><br>Defendant. | Case No 3:07-cv-06264-MHP<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED] ORDER |

Pursuant to Local Rule 6-1, plaintiffs SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, ANDREW STERN, Trustee, MIKE GARCIA, Trustee, ROD BASHIR, Trustee, CHARLES RIDGELL, Trustee, SHARLEEN STEWART, Trustee, JAMES BERG, Trustee, EDWARD J. MANKO, Trustee, JOHN J. SHERIDAN, Trustee, LARRY SMITH, Trustee, FRANK A MAXSON, Trustee ("Plaintiffs") and

defendant LOS ANGELES COUNTY FAIR ASSOCIATION ("Defendant") by their undersigned counsel, stipulate for an extension of time through and including February 19, 2008 for Defendant to answer or otherwise respond to Plaintiffs' Complaint as follows:

1. Plaintiffs filed their Complaint on December 11, 2007 and served it on Defendant LOS ANGELES COUNTY FAIR ASSOCIATION. on January 8, 2008.

2. Defendant represent they seek this extension as counsel on their behalf has only recently been retained and additional time is needed to review the material generated in this case before filing the appropriate responsive pleading.

3. No prior extensions have been sought.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, through their respective counsel, to extend the time for Defendant LOS ANGELES COUNTY FAIR ASSOCIATION to respond to Plaintiffs' Complaint up to and including February 19, 2008.

DATED: January 25, 2008

FISHER & PHILLIPS LLP
JAMES J. McDONALD, Jr.
CHRISTINE D. BARAN
TODD B. SCHERWIN

By: _____
CHRISTINE D. BARAN
Attorneys for Defendant LOS ANGELES COUNTY FAIR ASSOCIATION

DATED: January 25, 2008

SALTZMAN & JOHNSON LAW CORPORATION
PHILLIP M. MILLER
KRISTEN McCULLOCH

By: _____
KRISTEN McCULLOCH
Attorneys for Plaintiffs

1
2
3   IT IS SO ORDERED that Defendant LOS ANGELES COUNTY FAIR
4   ASSOCIATION shall have up to and including February 19, 2008 to respond to
5   Plaintiffs' complaint pursuant to Stipulation of the parties.
6
7   Dated: January 29, 2008.
8
                                                    HON. Marilyn Hall Patel
9                                                   U.S. District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 18400 Von Karman Avenue, Suite 400, Irvine, California 92612.

On **January 25, 2008**, I served the foregoing document entitled STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED] ORDER on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| Phillip M. Miller<br>Kristen McCulloch<br>Saltzman & Johnson Law Corp.<br>120 Howard Street, Suite 520<br>San Francisco, CA 94150<br>(415) 882-7900; fax (415) 882-9287<br>pmiller@sjlawcorp.com<br>kmcculloch@sjlawcorp.com | Attorneys for Plaintiffs |
|---|---|

☒ **[by EMAIL]** - I caused said document(s) to be transmitted by email to the above-stated email address indicated on this service list.

☐ **[by FAX]** I caused the aforementioned document(s) to be telefaxed to the aforementioned facsimile number(s). The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ **[by FEDERAL EXPRESS]** - I served a true and correct copy enclosed in a sealed envelope, for collection and mailing with Federal Express Overnight Mail that same day in the ordinary course of business, as addressed above.

☐ **[by PERSONAL SERVICE]** I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s).

☐ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 25, 2008**, Irvine, California.

MARILYN ROCHE      By: _____
Print Name                              Signature

---

PROOF OF SERVICE

Irvine 476106.1

1  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
2  NATHAN B. SABRI (CA SBN 252216)
   NSabri@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendants
   NUVOLAND PHILIPPINES, INC., and SILVER ICON, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | 300 SPEAR REALTY VENTURE, L.L.C., and | Case No.  CV-07-6164 MHP
   | TISHMAN SPEYER PROPERTIES, LP,        |
13 |                                        | **STIPULATION TO FURTHER
   |              Plaintiffs,              | EXTENSION OF TIME FOR
14 |                                        | DEFENDANTS TO RESPOND TO
   |       v.                               | COMPLAINT**
15 |                                        |
   | NUVOLAND PHILIPPINES, INC., and SILVER |
16 | ICON, INC.,                            |
   |                                        |
17 |              Defendants.               |

18

19     Pursuant to Civil Local Rule 6-1(a), the parties, through their counsel, hereby stipulate

20  that Defendants Nuvoland Philippines, Inc. and Silver Icon, Inc. ("Defendants") shall have two

21  weeks from the date of the initial case management conference, currently set for March 17, 2008,

22  to answer or otherwise respond to the Complaint filed in this matter. This is the second request

23  for extension of time filed by any party in this matter. Defendants previously requested that

24  Plaintiffs 300 Spear Realty Venture, L.L.C. and Tishman Speyer Properties, LP ("Plaintiffs")

25  consent to a 30-day extension of time for Defendants to file their answer as Defendants had just

26  retained counsel in connection with this matter. Plaintiffs consented to that request and the

27  parties filed a stipulation on January 10, 2008.

28

Stipulation to Further Extension of Time for Defs. to Respond to Complaint
CV-07-6164 MHP                                                                    1
sf-2453780

| | | |
|---|---|---|
| 1 | Dated: January 28, 2008 | JENNIFER LEE TAYLOR<br>NATHAN B. SABRI |
| 2 | | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | By:  /s/ Jennifer Lee Taylor |
| 5 | | Jennifer Lee Taylor |
| 6 | | Attorneys for Defendants<br>NUVOLAND PHILIPPINES, INC.,<br>and SILVER ICON, INC. |
| 7 | | |
| 8 | Dated: January 28, 2008 | D. PETER HARVEY<br>RAFFI V. ZEROUNIAN |
| 9 | | HARVEY SISKIND LLP |
| 10 | | |
| 11 | | By:  /s/ D. Peter Harvey |
| 12 | | D. Peter Harvey |
| 13 | | Attorneys for Plaintiffs |
| 14 | | 300 SPEAR REALTY VENTURE,<br>L.L.C., and TISHMAN SPEYER<br>PROPERTIES, LP |

**GENERAL ORDER 45 ATTESTATION**

I, Jennifer Lee Taylor, am the ECF User whose ID and password are being used to file this Stipulation to Further Extension of Time for Defendants to Respond to Complaint. In compliance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: January 28, 2008.

/s/ Jennifer Lee Taylor
Jennifer Lee Taylor

IT IS SO ORDERED

UNITED STATES DISTRICT JUDGE

1/29/08
DATE

Stipulation to Further Extension of Time for Defs. to Respond to Complaint
CV-07-6164 MHP
sf-2453780

2