1   JENNIFER LEE TAYLOR (CA SBN 161368)
    JTaylor@mofo.com
2   NATHAN B. SABRI (CA SBN 252216)
    NSabri@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California 94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   Attorneys for Defendants
    NUVOLAND PHILIPPINES, INC., and SILVER ICON, INC.
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   300 SPEAR REALTY VENTURE, L.L.C., and        Case No.   CV-07-6164 MHP
     TISHMAN SPEYER PROPERTIES, LP,
13                                                 **STIPULATION TO FURTHER
                      Plaintiffs,                  EXTENSION OF TIME FOR
14                                                 DEFENDANTS TO RESPOND TO
          v.                                       COMPLAINT**
15
     NUVOLAND PHILIPPINES, INC., and SILVER
16   ICON, INC.,

17                    Defendants.

18

19       Pursuant to Civil Local Rule 6-1(a), the parties, through their counsel, hereby stipulate

20   that Defendants Nuvoland Philippines, Inc. and Silver Icon, Inc. ("Defendants") shall have two

21   weeks from the date of the initial case management conference, currently set for March 17, 2008,

22   to answer or otherwise respond to the Complaint filed in this matter. This is the second request

23   for extension of time filed by any party in this matter. Defendants previously requested that

24   Plaintiffs 300 Spear Realty Venture, L.L.C. and Tishman Speyer Properties, LP ("Plaintiffs")

25   consent to a 30-day extension of time for Defendants to file their answer as Defendants had just

26   retained counsel in connection with this matter. Plaintiffs consented to that request and the

27   parties filed a stipulation on January 10, 2008.

28

Stipulation to Further Extension of Time for Defs. to Respond to Complaint
CV-07-6164 MHP                                                                              1
sf-2453780

1    Dated: January 28, 2008                JENNIFER LEE TAYLOR
                                            NATHAN B. SABRI
2                                           MORRISON & FOERSTER LLP

3

4                                           By:    /s/ Jennifer Lee Taylor
                                                   Jennifer Lee Taylor
5
                                            Attorneys for Defendants
6                                           NUVOLAND PHILIPPINES, INC.,
                                            and SILVER ICON, INC.
7

8    Dated: January 28, 2008                D. PETER HARVEY
                                            RAFFI V. ZEROUNIAN
9                                           HARVEY SISKIND LLP

10

11                                          By:    /s/ D. Peter Harvey
                                                   D. Peter Harvey
12
                                            Attorneys for Plaintiffs
13
                                            300 SPEAR REALTY VENTURE,
14                                          L.L.C., and TISHMAN SPEYER
                                            PROPERTIES, LP
15

16                        **GENERAL ORDER 45 ATTESTATION**

17

18           I, Jennifer Lee Taylor, am the ECF User whose ID and password are being used to file this
      Stipulation to Further Extension of Time for Defendants to Respond to Complaint.  In compliance
19    with General Order 45, concurrence in the filing of this document has been obtained from each of
      the other signatories and I shall maintain records to support this concurrence for subsequent
      production for the Court if so ordered or for inspection upon request by a party.
20

21           Dated:  January 28, 2008.

22                                                 /s/ Jennifer Lee Taylor
                                                   Jennifer Lee Taylor
23

24                                                        IT IS SO ORDERED

25

26                                          UNITED STATES DISTRICT JUDGE

27
                                                   1/29/08
28                                                        DATE

Stipulation to Further Extension of Time for Defs. to Respond to Complaint
CV-07-6164 MHP                                                                        2
sf-2453780