# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

300 Spear Realty Venture, L.L.C. and
Tishman Speyer Properties, LP
        Plaintiff(s),

Case No. CV 07-6164 MHP

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Nuvoland Philippines, Inc. and Silver
Icon, Inc.
        Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/28/08

_____
NUVOLAND PHILS. INC.
[Party]

Dated: Feb. 29, 2008

_____
[Counsel]