```
 1  HARVEY SISKIND LLP
    D. PETER HARVEY (State Bar No. 55712)
 2  RAFFI V. ZEROUNIAN (State Bar No. 236388)
    Four Embarcadero Center, 39th Floor
 3  San Francisco, California 94111
 4  Telephone:   415.354.0100
    Facsimile:   415.391.7124
 5  pharvey@harveysiskind.com
    rzerounian@harveysiskind.com
 6
 7  DAY PITNEY LLP
    STEPHEN W. FEINGOLD (admitted pro hac vice)
 8  MARK S. MORGAN (admitted pro hac vice)
    7 Times Square
 9  New York, New York 10036-7311
    Telephone:   212.297.5800
10  Facsimile:   212.916.2940
11  sfeingold@daypitney.com
    mmorgan@daypitney.com
12
    Attorneys for Plaintiffs,
13  300 Spear Realty Venture LLC and
    Tishman Speyer Properties, LP
14
```

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| 300 SPEAR REALTY VENTURE LLC and TISHMAN SPEYER PROPERTIES, LP,<br><br>          Plaintiffs,<br><br>  vs.<br><br>NUVOLAND PHILIPPINES, INC. and SILVER ICON, INC.,<br><br>          Defendants. | Case No. 07-06164 (MHP)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
|---|---|

NOTICE OF DISMISSAL WITHOUT PREJUDICE                                    CASE NO. CV07-06164 (MHP)

1 | Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, 300 Spear Realty
2 | Venture, L.L.C. and Tishman Speyer Properties, L.P., hereby dismiss this action without prejudice.

Dated: March 5, 2008

Respectfully submitted,

HARVEY SISKIND LLP
D. Peter Harvey (State Bar No. 55712)
Raffi V. Zerounian (State Bar No. 236388)

By: _____/s/_____
Raffi V. Zerounian

*Attorneys for Plaintiffs,*
*300 Spear Realty Venture LLC and*
*Tishman Speyer Properties, LP*

-1-
NOTICE OF DISMISSAL WITHOUT PREJUDICE                    CASE NO. CV CV07-06164 (MHP)