HARVEY SISKIND LLP
D. PETER HARVEY (State Bar No. 55712)
RAFFI V. ZEROUNIAN (State Bar No. 236388)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:    415.354.0100
Facsimile:    415.391.7124
pharvey@harveysiskind.com
rzerounian@harveysiskind.com

DAY PITNEY LLP
STEPHEN W. FEINGOLD (admitted *pro hac vice*)
MARK S. MORGAN (admitted *pro hac vice*)
7 Times Square
New York, New York 10036-7311
Telephone:    212.297.5800
Facsimile:    212.916.2940
sfeingold@daypitney.com
mmorgan@daypitney.com

Attorneys for Plaintiffs,
300 Spear Realty Venture LLC and
Tishman Speyer Properties, LP

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| 300 SPEAR REALTY VENTURE LLC and TISHMAN SPEYER PROPERTIES, LP, | Case No. 07-06164 (MHP) |
| Plaintiffs, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| NUVOLAND PHILIPPINES, INC. and SILVER ICON, INC., | |
| Defendants. | |

1        Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, 300 Spear Realty

2  Venture, L.L.C. and Tishman Speyer Properties, L.P., hereby dismiss this action without prejudice.

3

4  Dated:  March 5, 2008                      Respectfully submitted,

5                                     HARVEY SISKIND LLP

6                                     D. Peter Harvey (State Bar No. 55712)<br>                                   Raffi V. Zerounian (State Bar No. 236388)

7

8                                     By:<br>                                           /s/

9                                           Raffi V. Zerounian

10                                     *Attorneys for Plaintiffs,*<br>                                   *300 Spear Realty Venture LLC and*

11                                     *Tishman Speyer Properties, LP*

12

13

14

15                              3/7/2008

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Marilyn H. Patel

-1-